Receipt of
Initiating Documents.



_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

JUL 0 6 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Note:
No Application to Proceed I.F.P. or
Filing Fee received.

2:26-cv-02032-GMN-NJK