

Michael Rowe Pro Se
2300 E. Silverado Ranch Blvd Suite 1025
Las Vegas, Nevada 89183
Tel: (702) 379-4850

FILED ___
ENTERED ___    RECEIVED ___
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 06 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL ROWE,

　　　　　　Plaintiff,

vs.

City of Las Vegas, a political subdivision of the
State of Nevada; J. PLASCENCIA #1588, in his
individual capacity of Las Vegas City Marshals.

　　　　　　Defendants.

Case No.:

Complaint and Jury Demand

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS

Plaintiff MICHAEL ROWE, PRO SE files the Complaint against the Defendants named herein, alleges as follows:

## NATURE OF ACTION

1.　　This is a civil right action by Plaintiff Michael Rowe against the Defendants to remedy violations rights under the 4th amendment of the United States Constitution, Article 1, Section 18 of the Nevada Constitution, and Nevada tort law based on Defendants actions.

2.　　This case is brought under two related civil rights lawsuits DEREK MYRES VERSE CITY OF LAS VEGAS and LANCE DOWES-COVINGTON VERSE CITY OF LAS VEGAS. Michael has been following both lawsuits and is familiar with the complaints.

2:26-cv-02032-GMN-NJK

1

**JURISTICTION AND VENUE**

3.      Jurisdiction of this court is invoked pursuant to 28 U.S.C. & 1331 and 1343, as actions arising under the laws and Constitution of the United States.

4.      This Court has jurisdiction pursuant to the Fourth Amendment to the United States Constitution

5.      Venue is proper pursuant to 28 U. S. C. & 1391(b) as the events giving rise to these claims occurred in the District of Nevada, specifically the City of Las Vegas.

6.      Venue is proper as Defendant City of Las Vegas is a political subdivision within Nevada; Michael Rowe is a resident of Nevada; and, upon information and belief, all other Defendants are residents of Nevada.

**PARTIES**

7.      Plaintiff Michael Rowe ("Michael" or "Plaintiff") is and was at all times relevant to this complaint a resident of Clark County, Nevada, over the age of 18, and subject to the unlawful actions of the defendants.

8.      The City of Las Vegas is a political subdivision of the state of Nevada.

9.      The City of Las Vegas manages and controls the Las Vegas City Marshals Office which is a "unit of specialized law enforcement" (NRS 280.125) consisting of "peace officers" with limited jurisdiction (NRS.171.1223) within the City of Las Vegas, Department of Public Safety.

10.     Defendant J. PLASCENCIA #1588 is and at all times relevant in this Complaint a resident of Clark County Nevada, an employee of the City of Las Vegas, and a member of the Las Vegas City Marshals.

2

## FACTS

11.     On June 6th, 2026, Michael Rowe was working as an independent contractor on the Uber App as a rideshare driver. He had just recently dropped off a customer at the designated uber drop off spot for the FREMONT STEERT EXPERIENCE located on 3rd Street and Carson which is directly behind the Four Queens.

12.     The Uber application is designed to force customers into designated pick-up spots in Las Vegas. However, if there is no designated pick-up spot location available. It will allow customers to get picked up and dropped off at business locations, or anywhere they want. The cutometers are not trained in how to use the application in Las Vegas and they attempt to unitize the application in a way that best serves their needs. Michael has no control over where customers request to get picked up or dropped off.

13.     This was all arranged and orchestrated by Uber and the municipalities. Michael had or has no input in the way Uber and the City of Las Vegas conduct their business. Michael is a user of the application just like anyone else. Michael is classified as an independent contractor and required to pay for a license to drive on the application. Michael is considered a small business therefore he is free to choose how his business operates.

14.     Michael was very tired and since he lives 30 to 40 minutes south. He wanted to take some rides on his way home. It's silly to drive all the way home without earning some type of income.

15.     Michael received an offer to pick up a customer on Freemont Street and Las Vegas Boulevard and drop the customer off at Caesars Palace for $11 dollars. Michael accepted the ride request. There are no designated pick-up spots for customers on this side of Fremont Street. Michael has been dropping off and picking up customers at the line of bars and restaurants on this side of Fremont Street for a number of years without incident. Michael attempted to call the customer to confirm his location. The Customer didn't answer the phone.

16.     Michael was driving North on Las Vegas Boulevard and made a right onto Fremont Street anticipating the customer would be somewhere on the street. While driving he could see that he drove past the customer on the app. The application will sometimes show the

3

customers locations. However, it's not accurate. This process isn't an exact science that can be micromanaged or regulated by law enforcement personnel. There are too many variables that need to be controlled. Michael just tries to work as efficiently as possible. He makes more money if he can overcome all of the obstacles. In addition, Michael is happy to accommodate customers. The better the customer service Michael provides the more tips Michael receives.

17.    Michael concluded that the customer was located on the corner of Fremont and Las Vegas boulevard, so he made a safe U-turn to pick up the customer on the corner of the street. There are no "No U-TURN" signs on the street and the yellow lines are not visible at night.

18.    At this time, he had contacted the customer by text message informing him that his car was located about 3 cars behind the bus that was turning right at the green light onto the Las Vegas boulevard.

19.    Michael approached the light which had now turned red and placed his foot on the brakes so the customers could get into his vehicle. As the customer grabbed Michael's car door.

20.    Officer J. PLASCENCIA immediately turned on his flashing lights and yelled at the customers "Do not open that car door!" Move away from the vehicle!" The customers stepped away from Michael's car. Officer J. PLASCENCIA yelled "PULL INTO THE PARK!" Michael made a right onto Las Vegas Boulevard pulled into RON'S Parking Lot 110 N. Las Vegas Blvd, Las Vegas NV, 89101.

21.    Michael pulled into the parking lot and Officer J. PLASCENTA yelled aggressively over the microphone. "Roll Down your back window!" Michael could not see because of the bright lights flashing. However, he rolled down his back window.

22.    Officer J. PLASCENTA Yelled, "You just tried to pick up a customer at a non-designated uber pick-up spot!" Michael replied, "Well give the customer a ticket for ordering from there" Officer J. PLASCENTA replied, "It's your responsibility to pick up the customers at designated spots" "Contact uber and tell them to create a spot!" "It's your responsibility to have a designed spot!" Michael responded, "this is harassment" And Officer J. PLASCENTA

4

responded by saying, "Harassment is defined by multiply unwanted encounters with someone!" "I'm pretty smart despite the way I look" Michael responded, "Well I'm pretty smart too and all I'm doing is working!" He said, "well I'm working too."

23. Officer J. PLASCENTA not being a mind reader, wouldn't have known that Michael was referring to the fact that the Las Vegas Marshalls have no jurisdiction to make traffic stops nor issue traffic citations. He is acting without jurisdiction, which under the color of law is a form of fraud.

24. Officer J. PLASCENTA asked for Michaels' driver's license, registration, and proof of insurance. Michael provided him with his driver's license and registration, but he was unable to pull his insurance card up on his iPhone. Michael was fumbling with his iPhone for a number of minutes and Officer J. PLASCENTA stated that he would begin to write the ticket while I locate my insurece card.

25. While Officer J. PLASCENTA was writing the ticket. The customer had cancelled the ride, and Michael received a cancelation fee of $3.45 instead of $11 that was agreed too. Officer J. Placenta had caused Michael to breach his contract with the customer.

26. Michael sat in his car for 30 to 40 mins waiting for officer PLASCENTA to come back and obtain his insurance information. Michael began to slightly move his car to get out of the bright lights of his patrol car. Officer J. PLASCENTA began giving him directives not to move over his microphone.

27. Eventually, Jane Doe the supervisor arrived with another SQAUD CAR, and they all had their lights blaring blocking the entrance to the parking lot. At this point Michael began having panic attacks because he was worried that he would be wrongfully imprisoned in solitary confinement.

28. Jane Doe the Supervisor arrived at Michaels' passenger window with a big smile on her face asking Michael why he was pulled over. Michael responded that he was pulled over for picking up a rideshare customer in a non-designated uber spot. She said, "well you know you that you can't stop on the road creating traffic." Michael explained that he drives in traffic

5

40 to 50 hours per week and it's just part of the job. Did you ever see the traffic at the stadium when a football game lets out?

29.   She then asked for my insurance card, and Michael now had it on his cell phone. Michael had asked her why he had been detained for so long. Michael had asked why they were acting like some major crime had been committed over a traffic violation. Michael just wanted to get the ticket and go home. Michael just wanted to remove himself for this place and these dishonest people.

30.   Jane Doe looked at Michael's insurance card, and she got tears in her eyes.

31.   Michael is concluding that JANE DOE knew they were busted red handing out fake tickets without jurisdiction. She didn't tell Officer J. PLASCENTA to disregard the ticket or call the LVMPD to issue the citation. Of course, if they did that then the City of Las Vegas would miss the revenue being generated from all of this so-called police work.

32.   Officer J. PLASCENTA arrived with Michael's ticket with the biggest smile on his face. He said, "your court date is September 09 at 730am." He said, "You are free to leave" "Do you have any questions for me or my supervisor?" Michael said, "No thank you very much officer" and drove all the way home making $0 dollars.  He had also wasted money on fuel which is a loss of income.

33.   Michael drove all the way home very angry about the situation. His entire night had been ruined by the Las Vegas City Marshalls. He began to piece together what had happened to him.

34.   Michael is concluding that J. PLASCENTA knows that there is no known designated rideshare pick-up spot at that location, so he had positioned himself in that location waiting for customers to get into cars at the stop light, or on the street.

35.   Michael has also dropped and picked up customers on Fremont Street numerus times before, so he is well aware that there is no designated pick-up spot on that street. It's never been an issue. What if I were picking up a relative on that street? Would he be violating the law?  What if Michael had ordered an uber from his house? Would his driver receive a traffic citation?

6

36. Michael is concluding that he was asked to pull into the parking lot because it may be a city owned parking lot now the marshals would have jurisdiction to issue traffic citations. It does have a sign that says PARK but that is just an advertisement for consumers to park there. It's not a park. Besides, a phony traffic violation occurred on the street, not in the parking lot.

37. Michael concludes that J. PLASCENTA called his supervisor to demonstrate that they figured out a way to issue traffic citations to circumvent the court cases, or he was following her instructions and the policy makers' instructions. It appeared as if they were making a joke out of Michael's situation.

38. Michael didn't find any humor in this entire situation. In fact, he was fearful, and experienced tremendous anxiety. He was embarrassed and publicly humiliated that he was barricaded into a parking lot by three Las Vegas City Marshalls Squad Cars with their lights blaring.

39. Michael examined the traffic ticket, and Officer Pascal has made numerous misrepresentations of material facts. CITATION: 0012-STOP STAND OR PARK IN BUS STOP OR TAXI STAND ZONE. CITATION: 0804 U-TURNS in BUSINESS DISTRICT or UNSAFE. Michael didn't make an unsafe UTURN. It's a misrepresentation of material fact that Michael's vehicle was stopped in a TAXICAB STAND BUS STAND OR ZONE.

40. In addition, there is a shared TAXI and designated uber pick up and drop location over by the Golden Gate Casino. Michael has picked up and dropped off customers at that location before. Are the Las Vegas Marshalls going to stake out that location and issue traffic citations to rideshare drivers because they are in the taxi stand? Of course not, there is no parking lot over there to write the citation.

41. OFFICER J PLASCENTA signed the ticket, which is a total and complete fabrication of what had occurred. He submitted that ticket into a real court of law.

42. Michael drove down to the location of the incident and took pictures of everything so he could prove that OFFICER J PLASCENTA is a liar. This is a deliberate fabrication of evidence by a law enforcement officer. There is no "No U-turn" sign on the street

7

nor are the yellow lines visible. He took a picture of where his car was on the street. He wasn't in a Taxi Stand or Bus Stop.

43. It's the City of Las Vegas's responsibility to place the no "U-turn" sign on the street. It's the City of Las Vegas responsibility to paint the roads and maintain the roads. The yellow lines on the street are so faded that they are barely visible during the day. They are not visible at all at night.

44. Michael was extremely upset about this entire situation. He drove down to the parking enforcement office to inquire about who handles these citations. He was directed to City Hall. Michael went into City Hall and asked to speak with the city attorney about the fabricated traffic ticket. They gave him the run around by directing him to internal affairs. Is internal affairs going to investigate City Hall which pays the marshals' salary?

45. Michael researched Ron's Parking Lot and found the telephone number of City Hall listed directly on the website. He called Quality towing which is the tow truck company for the parking lot, and they said it's owned by the City of Las Vegas. Michael is skeptical of this Statement because he never believes one word out of anyone's month in this city.

46. Apparently, the policy makers at City Hall have figured out a way to fleece working class people out of money by issuing the citations out of their parking lot.

47. Uber Driver's, Taxicab Drivers, Bus Drivers are merely providing a service to tourists. Many of these people are immigrants struggling to make ends meet with limited means toward economic advancement.

48. A lot of them don't speak English as their native language. Many of them were not even educated in America. These people are just going to pay these unjust tickets. Is the goal of the City of Las Vegas and Las Vegas Marshalls to deprive them of work and chase away tourists? How does this represent good policing?

49. If anything, they should help the tourists learn how to use the application, provide more designated pick-up spots, place visible signs on Fremont Street so tourists can know where to order. Why are they penalizing both working people and tourists?

8

50.     If it's truly about public safety, then Officer J PLASENTA and his supervisor should help the drunken people get into the rideshare driver's car.

51.     Of course, it's all about the money!

## Count 1 Violations of FEDERAL CIVIL RIGHTS 42 U.S.C. 42 & 1983 Fourth and Fourteenth Amendment.

52.     Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1-51.

53.     The Fourth Amendment to the United States Constitution states that "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall be issue, but upon probably cause, supported by Oath or affirmation, and describing the place to be searched, and person or things to be seized.

54.     The Fourth Amendment has been held applicable to the states and individual state actors, a process called incorporation, pursuant to the Due Process Clause of the 14th amendment of the United States Constitution. Mapp V. Ohio, 367 U. S. 643, 655, 81 S. Ct 1684, 1691.

55.     Further, the fourteenth amendment states "nor shall any state deprive any person of life liberty or property without due process of law."

56.     Pursuant to 42 USC & 1983 "every person who under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction therefore to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress…

9

57.    At all times alleged in the complaint J. PLASCENCIA 1588 and were State actors, acting under the color of law for the City of Las Vegas.

58.    Defendants J. PLASCENCIA violated the Fourth and Fourteenth Amendments rights of Michael Rowe.

## COUNT 2 VIOLATION OF NEVADA TORT CLAIMS ACT

### Constitution/Constitutional Tort

59.    Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1-51 as if fully set forth herein.

60.    This cause of action is pleaded by Plaintiff Michael Rowe against the following defendants J. PLASCENTA and JANE DOE and the City of Las Vegas.

61.    The Nevada Constitution Art 1 Sec. 18 states that "the right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and shall not be violated; and no warrant shall issue without probably cause, supported by Oath or affirmation, particularly describing the place to be searched, and the person to be searched, and the person or persons to be seized.

62.    The Nevada State Constitution Art. 1 Sec. 8(2) states that "No person shall be deprived of life, liberty, or property, without due process of law.

63.    The Nevada Supreme Court has held that there is a private cause of action under the Nevada Const. Art. 1 Sec. 18 for retrospective monetary relief.  Michael presents this argument under Mack v. Williams, 522 P. 3d. 434, 450 (Nev 2022).

64.    At the times alleged in the complaint, Defendants J. PLASCENTA and JANE DOE were state actors acting under color or law for CITY OF LAS VEGAS.

65.    The CITY of LAS VEGAS is vicariously responsible for Defendants J. PlASCENTA and JANE DOES acts, omissions, fraud, and violations of Michael's civil rights.

66.    Defendants J. PlASCENTA and JANE DOE did violate Michael's civil rights by subjecting him to illegal detention and depriving Michael of work and income in excess of their jurisdiction.

10

67.    The acts of Defendants J. PLASCENTA and JANE DOE, which were done in concert, deprived Michael of his rights, privileges, or immunities secured by the Constitution or the laws of the state of Nevada.

68.    Defendants J. PLASCENTA and JANE DOE lacked any valid justification or Constitutional expectations for their unlawful acts.

69.    As a result of the violation of Michael's civil rights of Michael.

**COUNT 3 (Monell Claim)**

70.    Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1-51

71.    This cause of action is pleaded to arrest liability of Defendant CITY OF LAS VEGAS pursuant to Monell v. Department of SERVS, 436 U. S. 658, 98 S. Ct. 2018 (1978) and 42 U.S.C. $ 1983

72.    Michael was deprived of his constitutional rights in violation of the Federal and State Constitutions and subjected to illegal stop, detention, issued a fraudulent traffic citation, and deprived of work in excess of the law enforcement territorial jurisdiction of the CITY of LAS VEGAS city marshals.

73.    The CITY of LAS VEGAS had and continues to have a policy, practice that caused constitutional deprivation.

74.    More specifically, the CITY of LAS VEGAS had and continues to have a policy, practice or custom of city marshals operating outside of their limited territorial jurisdiction and permitting city marshals to conduct traffic stops, issue traffic citations, detain, on noncity property.

75.    This policy, practice and custom is a long-standing practice or custom which constitutes the "standard operating procedure" of the local government entity and or an official with final policymaking authority has ratified these decisions by subordinates.

WHEREFORE, for the foregoing reasons, Michael prays for Judgment against the Defendants as follows:

1.    For a monetary remedy for damages that occurred under U.S. Code 42 1983 for the deprivation of Michael's constitutional rights secured under the 4th Amendment and 14th Amendment of the United States Constitution.

2.    For an injunction making the City of Las Vegas create a designated ride share spot for their tourists and to paint yellow lines on all of their roads.

3.    For the Court to define a "Park" and define a "Parking Lot"

4.    For Punitive damages pain, suffering, mental and emotional suffering in the amount of 1 million dollars.

5.    For such other and further relief as the Court deems just and proper.

DATED this __7___ day of ____July 2026.

Michael Rowe

By: _____
Michael Rowe Pro Se
2300 E Silverado Ranch Blvd Suite 1025
Las Vegas, Nevada 89183

12

Case # 26-33566      **State of Nevada**    Citation # CLV0080234

Accident #

Violation Date/Time 06/04/2026 2304

Issue Date/Time 06/04/2026 2314      **CIVIL**

In the Justice/Municipal Court **LAS VEGAS MUNICIPAL COURT**

## VIOLATION(S)

| | MUNI/NRS | NOC |
|---|---|---|
| 1) | 11.60.020   484.439 | 63773 |

CITATION : 0012-STOP, STAND OR PARK IN BUS STOP OR TAXICAB STAND OR ZONE

TO WIT
DID WILLFULLY AND UNLAWFULLY STOP, STAND, AND PLACE VEHICLE IN PARK IN ATTEMPT TO PICK UP FARE IN ONLY WESTBOUND TRAVEL LANE PROCEEDING EAST BOUND ON FREMONT STREET

TOTAL
CONTACT COURT

| | MUNI/NRS | NOC |
|---|---|---|
| 2) | 11.12.050   484B.403 | 65377 |

CITATION : 0804 U-TURNS-BUSINESS DISTRICT OR UNSAFE

TO WIT
DID WILLFULLY AND UNLAWFULLY PERFORM AN ILLEGAL U-TURN IN FREMONT EAST BUSINESS DISTRICT, ACROSS SOLID DOUBLE YELLOW LINE MARKER IN UNSAFE MANNER IN ATTEMPT TO PICK UP UBER FARE

TOTAL
CONTACT COURT

Failure to comply with this complaint or future dates relating to this complaint will constitute a separate offense

Court **LAS VEGAS MUNICIPAL COURT**

Address **100 E. Clark Ave Las Vegas, NV 89101**
**PO Box 3950; Las Vegas, NV 89127**

Phone **702-382-6878**

Website: **http://www.LasVegasNevada.gov/MunicipalCourt**

Total Bail **CONTACT COURT**

You are hereby ordered to appear to answer the above charges on the day and time

**09/08/2026 at 0730**

☐ Court Mandatory    ☐ Interpreter needed    Language

| Juvenile: No | ☐ School Zone | ☐ Radar |
|---|---|---|
| | Grant FSE PATROL | Confirm |
| Type TRAFFIC | | Mile Marker |

### DRIVER

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| ROWE | MICHAEL | J |

| RESIDENCE ADDRESS | PHONE |
|---|---|
| 2300 E SILVERADO RANCH BLVD | |
| EMAIL | CELL |

| CITY | STATE | ZIP CODE |
|---|---|---|
| LAS VEGAS | NV | 89183 |

| DRIVER LICENSE NUMBER | DL CLASS | DL STATE | CDL |
|---|---|---|---|
| 1702393283 | C | NV | No |

| DOB | AGE | SEX | RACE | HEIGHT | WEIGHT | EYE | HAIR |
|---|---|---|---|---|---|---|---|
| 05/16/1973 | 53 | M | W | 603 | 208 | BRO | BRO |

| RESTRICTIONS | ENDORSEMENTS |
|---|---|
| Corrective Lenses | None/Not Applicable |

### VEHICLE INFORMATION

| LICENSE PLATE | STATE | REG EXP | COLOR |
|---|---|---|---|
| 056W79 | NV | 04/04/2027 | GRAY |

| MAKE | MODEL | TYPE |
|---|---|---|
| SUBARU | CROSSTREK | WAGON |

| VIN | YEAR | CMV | HAZMAT |
|---|---|---|---|
| JF2GTAMC5J8204927 | 2018 | | |

| TRAILER PLATE | TRAILER STATE | VEH IS TRAILER | US DOT# |
|---|---|---|---|
| | | | |

| CURRENT PROOF OF INSURANCE? | INS CARD EXP DATE: |
|---|---|
| | SAME AS SUS? No |

### REGISTERED OWNER

NAME

ADDRESS

### LOCATION

N LAS VEGAS BPVD
AT AT FREMONT ST

| CITED SPEED (MPH) | POSTED SPEED (MPH) | ACT. SPEED (MPH) | CASE NO. 26-33566 |
|---|---|---|---|
| CONSTR ZONE No | SCHOOL ZONE No | ACCIDENT No | |
| DIR OF TRAV W | BEAT/AREA | COND/WEATHER | TRAFFIC |
| SPEED DETERMINED | | | ROAD |

**ADDITIONAL INFORMATION**

NAME

ADDRESS | | PHONE

CITY | STATE NV | ZIP CODE

**PARENT INFORMATION**

NAME

ADDRESS
PPERMADDRESS1 | | PHONE

CITY | STATE | ZIP CODE

E-MAIL

**OFFICER INFORMATION**

**J. PLASCENCIA 1588**  |  UNIT: 3F2

I certify (or Declare) under penalty of perjury under the laws of the state of Nevada that I reasonable grounds/probable cause to believe and do believe that above named person committed the above offense(s) contrary to law

Officer Signature: _____

Complainant Signature: _____

Without admitting having committed the above offense(s), I hereby promise to respond as directed on this notice and waive my right to be taken immediately before a magistrate (NRS 484 799 and NRS 484 803)

Defendant Signature: **SERVED BY OFFICER**

## COURT INSTRUCTIONS

**PLEASE READ CAREFULLY**

This citation may only be resolved by the court having jurisdiction ove the alleged violation(s) or by other official action by a judge of such c FOR FURTHER INFORMATION, VISIT THE WEBPAGE AT: http://www.LasVegasNevada.gov/MunicipalCourt

## CIVIL INFRACTION INSTRUCTIONS

A peace officer has determined that you have committed a civil infrac This determination will be final UNLESS contested. A civil infraction i: non-criminal traffic infraction

You must submit payment or request a hearing to contest the civil infraction within 90 calendar days after the citation issue date.

You MUST APPEAR in court on the date and time indicated on this citation if:

You are a juvenile offender (16 or 17 at the time of the citation) with a civil infraction. Juveniles must appear with a parent or legal guardian
**You may resolve this citation by exercising one of the following options:**

Pay online: Please visit our website at
**http://www.LasVegasNevada.gov/MunicipalCourt**

In person: To pay in person, bring this citation to the Customer Service windows during business hours

By Mail: Sign this citation (see Waiver below) indicating that you do r contest the civil infraction and mail this citation with your payment to LAS VEGAS MUNICIPAL COURT
for the total penalty amount indicated
You must write your citation number on your payment.
LAS VEGAS MUNICIPAL COURT